# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA
## OMAHA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL No. 8:26-cv-172 |
| v. | |
| STATE OF NEBRASKA, | |
| Defendant. | |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

1.      On April 21, 2026, Plaintiff United States of America filed its Complaint against Defendant the State of Nebraska, ECF No. 1.

2.      The Parties agree that the Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 and venue is proper under 28 U.S.C. § 1391.

3.      In the Complaint, Plaintiff challenged portions of four provisions in the State of Nebraska's Revised Statutes, Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), that extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States, as preempted by Federal immigration law at 8 U.S.C. § 1623(a).

4.      Plaintiff requested that this Court enter a judgment declaring those portions of Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), to the extent they extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States, violate the Supremacy Clause and are therefore invalid.

1

5.      Plaintiff further requested that this Court issue a permanent injunction that prohibits the Defendant, as well as its successors, agents, and employees, from enforcing those portions of Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), to the extent they extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States.

6.      The Parties agree that the Court has the authority to provide the requested relief under the Supremacy Clause, U.S. Const. Art. VI, cl. 2, as well as 28 U.S.C. §§ 2201 and 2202, and its inherent equitable powers.

7.      The Parties agree those portions of Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), are preempted by 8 U.S.C. § 1623(a), to the extent they extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States.

8.      The Parties request that the Court enter a final judgment declaring those portions of Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), to the extent they extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States, violate the Supremacy Clause and are therefore invalid.

9.      The Parties request that the Court enter a permanent injunction prohibiting the Defendant, as well as its successors, agents and employees, from enforcing those portions of Neb. Rev. Stat. §§ 85-502, 85-1907(3), 85-3202(6), and 85-2102(6), to the extent they extend eligibility for in-state tuition benefits to aliens who are not lawfully present in the United States.

10.     The Parties agree that each will bear their own costs and fees.

2

DATED: April 21, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General
Civil Division

BENJAMIN MEHR
Senior Counsel to the
Associate Attorney General

ANNA EDWARDS
Counsel to the
Associate Attorney General

Respectfully submitted,

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOHN J.W. INKELES
Chief
Office of Immigration Litigation
Affirmative Litigation Unit

*s/ Blaec E. Shaw*
BLAEC E. SHAW, Trial Attorney
Bar Number: MD 1612140230
Attorney for Plaintiff
United States Department of Justice
Civil Division
Office of Immigration Litigation
Affirmative Litigation Unit
P.O. Box 878, Ben Franklin Station
Washington DC 20044
Tel: 202-353-9986
Fax: 202-305-7000
E-mail: Blaec.E.Shaw@usdoj.gov

*Attorneys for Plaintiff*

3

DATED: April 21, 2026                    Respectfully submitted,


                                         _s/ LESLEY A. WOODS_
                                         LESLEY A. WOODS
                                         United States Attorney
                                         District of Nebraska

                                         1620 Dodge St., Suite 1400
                                         Omaha, NE 68102
                                         Telephone: 402-661-3700
                                         Email: lesley.woods@usdoj.gov

                                         *Attorney for Plaintiff*

4

DATED: April 21, 2026

Respectfully Submitted,

MICHAEL T. HILGERS
Nebraska Attorney General

s/ CODY S. BARNETT
Cody S. Barnett
Solicitor General

Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

*Attorneys for Defendant*

5