IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Defendant. | **8:26CV172**<br><br>**ORDER FOR BRIEFING ON INTERVENOR'S MOTION TO INTERVENE AND MOTION TO FILE CORRECTED BRIEF, AND EXISTING PARTIES' JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

This case is before the Court on Proposed Intervenors' Motion to Intervene by True Potential Scholarship, a program of Matters on Tomorrow, and Orel Alliance. Filing 18. It is also before the Court on Proposed Intervenors' Motion for Leave to File a Corrected Brief in support of their Motion to Intervene. Filing 24. While the latter Motion will be granted, the Court concludes that expedited responses to the Motion to Intervene are appropriate before the Court rules on that Motion, and that an expedited deadline should be set for any brief by Proposed Intervenors in response to the Joint Motion for Entry of Consent Judgment, Filing 2. Accordingly,

IT IS ORDERED that

1.      Proposed Intervenors' Motion for Leave to File a Corrected Brief, Filing 24, is granted;

2.      Plaintiff and Defendant shall have to and including Tuesday, May 12, 2026, to file responses to Proposed Intervenors' Motion to Intervene;

3.      If the Court grants Proposed Intervenors' Motion to Intervene, Proposed Intervenors shall have to and including Friday, May 15, 2026, to file a brief on the merits of the

1

Joint Motion for Entry of Consent Judgment, Filing 2. If the Court denies Proposed Intervenors'

Motion to Intervene, Proposed Intervenors shall have to and including Friday, May 15, 2026, to

file a brief on the Joint Motion for Entry of Consent Judgment as *Amicus Curiae*, if they so choose,

and the Court will then determine whether or not to consider such brief of *Amicus Curiae*.

Dated this 8th day of May, 2026.

BY THE COURT:

Brian C. Buescher

2