## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA,<br><br>       Defendant. | Case No. 26-cv-172<br><br>Hon. Brian C. Buescher |

### Motion to Extend the Court's Order for Briefing on Motion to Intervene and Existing Parties' Joint Motion for Entry of Consent Judgement

In a series of communications, Proposed Intervenors, Plaintiffs, and Defendants have conferred and agreed to an extension of the Court's briefing order, Filing 25. As such, we respectfully move this Court to extend those deadlines as follows:

1. Plaintiff and Defendant shall have to and including Tuesday, May 19, 2026, to file responses to Proposed Intervenors' Motion to Intervene.

2. Proposed Intervenors shall have to and including Friday, May 22, 2026, to file a brief on the merits of the Joint Motion for Entry of Consent Judgement, Filing 2, as either Intervenors or as *Amicus Curiae*.

May 8, 2026

Respectfully Submitted,

By: /s/ Nicholas Grandgenett
Nicholas Grandgenett, #27323
Nebraska Appleseed Center for
Law
In the Public Interest
PO Box 83613
Lincoln, NE 68501-3613

(402) 438-8853
ngrandgenett@neappleseed.org

*Attorney for Proposed*
*Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

 /s/ Nicholas Grandgenett
Nicholas K. Grandgenett