IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Defendant. | **8:26CV172**<br><br>**ORDER AMENDING BRIEFING SCHEDULE ON INTERVENOR'S MOTION TO INTERVENE AND ON EXISTING PARTIES' JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

This case is before the Court on Proposed Intervenors' Motion to Extend the Court's Order for Briefing on Motion to Intervene and Existing Parties' Joint Motion for Entry of Consent Judgment. Filing 28. Proposed Intervenors represent that they have conferred with Plaintiff and Defendant, and all agree to an extension of the Court's briefing deadlines set out in its Order, Filing 25. Filing 28 at 1. The Court finds the parties' proposed extensions acceptable. Accordingly,

IT IS ORDERED that

1.      Plaintiff and Defendant shall have to and including Tuesday, May 19, 2026, to file responses to Proposed Intervenors' Motion to Intervene;

2.      If the Court grants Proposed Intervenors' Motion to Intervene, Proposed Intervenors shall have to and including Friday, May 22, 2026, to file a brief on the merits of the Joint Motion for Entry of Consent Judgment, Filing 2. If the Court denies Proposed Intervenors' Motion to Intervene, Proposed Intervenors shall have to and including Friday, May 22, 2026, to file a brief on the Joint Motion for Entry of Consent Judgment as *Amicus Curiae*, if they so choose, and the Court will then determine whether or not to consider such brief of *Amicus Curiae.*

1

Dated this 11th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge