IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Defendant. | **8:26CV172**<br><br><br>**ORDER DENYING PROPOSED INTERVENOR'S MOTION TO INTERVENE** |

This case is before the Court on Proposed Intervenors' Motion to Intervene. Filing 18. For the reasons set forth in a Memorandum and Order to follow, Proposed Intervenors' Motion to Intervene is denied. The Court stated in a prior Order that if the Court denied Proposed Intervenors' Motion to Intervene, Proposed Intervenors would have to and including Friday, May 22, 2026, to file a brief on the Joint Motion for Entry of Consent Judgment as *Amicus Curiae*, if they so choose, and the Court will then determine whether or not to consider such brief of *Amicus Curiae*. Accordingly,

IT IS ORDERED that Proposed Intervenors' Motion to Intervene, Filing 18, is denied. Proposed Intervenors therefore have to and including today, Friday, May 22, 2026, to file a brief on the Joint Motion for Entry of Consent Judgment as *Amicus Curiae*, if they so choose. The Court will then determine whether or not to consider such brief of *Amicus Curiae*.

Dated this 22nd Day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1