U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                          **Case Number**:

United States of America v. State of                8:26-cv-00172-BCB-RCC
Nebraska

**Appellant**:

Matters On Tomorrow (Intervenor
Defendant)

**Attorney(s)**:

Orlando C. Economos
Paul R. Wolfson
Joshua M. Salzman
Brian D. Netter
DEMOCRACY FOWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
202-899-9065

James A. Goddard
Robert E. McEwen
Nicholas K. Grandgenett
NEBRASKA APPLESEED CENTER FOR
LAW IN THE PUBLIC INTEREST
P.O. Box 83613
Lincoln, NE 68501-3613
(402) 438-8853

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

| Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381 |
| Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379 |

June 5, 2026
Page 2
**Appellee:**

United States of America

**Attorney(s)**:

Blaec E. Shaw
Sean Skedzielewski
DEPARTMENT OF JUSTICE - CIVIL
DIVISION
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
202-598-3945

**Appellee:**

State of Nebraska

**Attorney(s):**

Cody S. Barnett
NEBRASKA ATTORNEY GENERAL'S
OFFICE
1445 K Street
Room 2115
Lincoln, NE 68508
402-471-6933

**Court Reporter(s)**:

N/A

**Please return files and documents to**:

Omaha

**Person to contact about the appeal**:

Lindsey Olson

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   N

| **Where?** | N/A |
|---|---|

June 5, 2026
Page  3

**Please list all other defendants in this case if there were multiple defendants**

Orel Alliance – Intervenor Defendant
Represented by same counsel as Matters on
Tomorrow

**Special Comments**:
Movant Party – Dunixi Guereca
Represented by Alexander Arkfeld
Sydney L. Hayes
GUTMAN LAW FIRM
P.O. Box 485
Omaha, NE 68102
402-590-8988

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14