# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 08, 2026

Orlando C. Economos
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC  20043

RE:  26-2124  United States, et al v. Orel Alliance, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Cody Steven Barnett
        Clerk, U.S. District Court, District of Nebraska
        James A. Goddard
        Nicholas K. Grandgenett
        Robert Edward McEwen
        Brian David Netter
        Joshua Marc Salzman
        Blaec E. Shaw
        Sean Skedzielewski
        Paul Reinherz Wolfson

        District Court/Agency Case Number(s):   8:26-cv-00172-BCB

**Caption For Case Number:   26-2124**

United States of America

       Plaintiff - Appellee

v.

State of Nebraska

       Defendant - Appellee

v.

Orel Alliance

       Intervenor Defendant - Appellant

Matters On Tomorrow, True Potential Scholarship

       Interpleader defendant - Appellant

v.

Dunixi Guereca

       Movant

**Addresses For Case Participants:   26-2124**

Orlando C. Economos
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC  20043

Cody Steven Barnett
ATTORNEY GENERAL'S OFFICE
Room 2115
1445 K Street
Lincoln, NE  68508

Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

James A. Goddard
NEBRASKA APPLESEED
P.O. Box 83613
Lincoln, NE  68501

Nicholas K. Grandgenett
NEBRASKA APPLESEED
P.O. Box 83613
Lincoln, NE  68501

Robert Edward McEwen
NEBRASKA APPLESEED
P.O. Box 83613
Lincoln, NE  68501

Brian David Netter
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC  20043

Joshua Marc Salzman
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC  20043

Blaec E. Shaw
U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation, General Litigation and Appeals
Ben Franklin Station
P.O. Box 878
Washington, DC  20044-0878

Sean Skedzielewski
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Paul Reinherz Wolfson
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043