**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA,<br><br>     Defendant. | Case No. 8:26-cv-172-BCB-RCC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to NEGenR 1.3(f), undersigned counsel Sean Skedzielewski hereby moves to withdraw his appearance of counsel on behalf of Plaintiff the United States of America in the above-captioned matter and further requests to be removed from the Court's master mailing list. In support of such Motion, counsel states that Blaec E. Shaw of the United States Department of Justice shall continue to represent Plaintiff. Mr. Skedzielewski is withdrawing from this matter because he is resigning from the United States Department of Justice.

WHEREFORE, Sean Skedzielewski respectfully requests that the Court grant this Motion and enter an order permitting withdrawal as counsel of record for Plaintiff.

DATED: August 5, 2026

Respectfully Submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
Bar Number: 6112429 (NY)
Attorney for Plaintiff
Counsel to the Assistant Attorney General
United States Department of Justice, Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
Tel. 202-307-1697
Fax: (402) 471-3297
E-mail: Sean.Skedzielewski@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which automatically sends notification of such filing to all counsel of record, including current counsel of record for Plaintiff.

*/s/ Sean Skedzielewski*