**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA,<br><br>Defendant. | ) | Civil No. 8:26-cv-00172-BCB-RCC |

**MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF**

Pursuant to the Nebraska General Rules, NEGenR 1.3(f), I, Blaec E. Shaw, hereby move this Court to withdraw as attorney of record for the Plaintiff, United States of America, in the above captioned matter. In support of such Motion, counsel states that Department of Justice Trial Attorney Matthew F. Mimnaugh entered his appearance on behalf of the Plaintiff, and will remain attorney of record. Good cause exists for the Court to grant this motion.

WHEREFORE, Plaintiff respectfully moves the Court to grant this motion and withdraw the appearance of Blaec E. Shaw as attorney of record for the Plaintiff, as provided in NEGenR 1.3(f).

Dated: November 5, 2026

Respectfully Submitted,

*/s/ Blaec E. Shaw*

BLAEC E. SHAW, Trial Attorney
Bar Number: MD 1612140230
Attorney for Plaintiff
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: 202-353-9986
Fax: 202-305-7000
E-mail: Blaec.E.Shaw@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing Motion to Withdraw as Attorney for Plaintiff with the Clerk of the Court using the CM/ECF system.

*/s/ Blaec E. Shaw*

BLAEC E. SHAW, Trial Attorney
Bar Number: MD 1612140230
Attorney for Plaintiff
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: 202-353-9986
Fax: 202-305-7000
E-mail: Blaec.E.Shaw@usdoj.gov